UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-21426-CIV-MORENO**

SHOPPING CENTER MANAGEMENT, et al.,

    Plaintiffs,

vs.

ARCH SPECIALTY INSURANCE COMPANY,
et al.,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Summary Judgment on **March 31, 2010**, judgment is entered in favor of the Plaintiffs and against Defendant.

DONE AND ORDERED in Open Court at Miami, Florida, this ___ day of March, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record